CGFI3 (06/27/2022)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 22–16389–PDR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Silvia O'Hara
P.O. Box 451416
Fort Lauderdale, FL 33345

SSN: xxx–xx–5044

## NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)

**NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **August 18, 2022**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in the document(s) being stricken and/or dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form or Local Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

> **Chapter 13 Plan** (Local Form LF–31) was not filed with the petition.
> **Deadline to correct deficiency: 9/1/22**
>
> **Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
> **Deadline to correct deficiency: 9/1/22**
>
>> Official Bankruptcy Form 106, Summary of Your Assets and Liabilities and Certain Statistical Information
>>
>> Official Bankruptcy Form 106A/B, Schedule A/B: Property
>>
>> Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt
>>
>> Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property
>>
>> Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims
>>
>> Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases
>>
>> Official Bankruptcy Form 106H, Schedule H: Your Codebtors
>>
>> Official Bankruptcy Form 106I, Schedule I: Your Income
>>
>> Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2
>
> **Declaration About an Individual Debtor's Schedules** (Official Bankruptcy Form 106) was not filed or was not signed.
> **Deadline to correct deficiency: 9/1/22**
>
>> ☑ Declaration not filed
>>
>> ☐ Declaration not signed
>>
>> ☐ Declaration must be filed with deficient schedules listed above

**Your Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107) was not filed or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 9/1/22**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period** (Official Bankruptcy Form 122C–1) was not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 9/1/22**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) for the Debtor.** See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(E). Payment advices are deficient as indicated: **NOT FILED**
**Deadline to correct deficiency: 9/1/22**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** **8/19/22**                                                                 **Clerk of Court**
                                                                                                  By: Melva Weldon , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.