UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 22-16389-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

SILVIA O'HARA
XXX-XX-5044

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 18th day of March, 2023.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
SILVIA O'HARA
P.O. BOX 451416
FORT LAUDERDALE, FL  33345

**ATTORNEY FOR DEBTOR**
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, P.A.
1700 UNIVERSITY DRIVE, SUITE 210
CORAL SPRINGS, FL  33071

**CREDITOR(S)**
ANDREW J. MEYERS
BROWARD COUNTY ATTORNEY GOVERNMENTAL CENTER,
115 SOUTH ANDREWS AVENUE SUITE 423
FORT LAUDERDALE, FL  33301

BANK FUND STAFF FCU
1818 H ST NW
WASHINGTON, DC  20433

BROWARD COUNTY TAXES & TREASURY DIV.
115 S ANDREWS AVENUE ROOM A100
FT LAUDERDALE, FL  33301

CAPITAL ONE BANK (USA) N.A.
BY AMERICAN INFOSOURCE
4515 N SANTA FE AVE
OKLAHOMA CITY, OK  73118

CAPITAL ONE BANK USA NA
C/O AMERICAN INFOSOURCE, LP
POB 71083
CHARLOTTE, NC  28272

EXL LEGAL
12425 28TH STREET NORTH SUITE 200
ST. PETERSBURG, FL  33716

MOTION TO DISMISS
CASE NO.:  22-16389-BKC-PDR

M&T BANK
POB 1508
BUFFALO, NY  14240

NEWREZ, LLC
DBA SHELLPOINT MORTGAGE SERVICING
POB 10826
GREENVILLE, SC  29603-0675

PHH MORTGAGE CORPORATION
PAYMENT REMITTANCE- REGULAR MAIL
POB 24781 ATTN: SV 19
WEST PALM BEACH, FL  33416

ROBERTSON ANSCHUTZ & SCHNEID
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL  33487

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
6409 CONGRESS AVENUE
SUITE 100
BOCA RATON, FL  33487

SYNCHRONY BANK
POB 965060
ORLANDO, FL  32896

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

WELLS FARGO BANK, N.A.
1 HOME CAMPUS
MAC#F2302-04C
DES MOINES, IA  50328